1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

**FILED**

APR 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6830

7 | Facsimile: (415) 436-7234

8 | Attorneys for the Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-0011 VRW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER SETTING TRIAL DATE AND DOCUMENTING EXCLUSION OF TIME |
| ) | |
| GEOFFREY MICHAEL GLAZE, ) | |
| Defendant. ) | |

With the agreement of the parties, the Court enters this order (1) setting a trial date for July 31, 2006 at 8:30 a.m.; (2) setting a pretrial conference date for June 27, 2006 at 10:30 a.m.; (3) vacating the previously set trial date and pretrial conference date; and (4) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 24, 2006 to June 27, 2006. The Court finds and holds as follows:

1. The parties last appeared before the Court on January 24, 2006 with respect to the issue of the defendant Rowghani's motion to sever and with respect to the setting of a trial date for the defendant Glaze. The Court granted the defendant Rowghani's motion to sever and ordered the defendant Glaze's trial to commence on May 8, 2006. The Court also set a pretrial conference for April 11, 2006 at 10:30 a.m. The parties now request that the Court vacate the

STIPULATION & [PROPOSED] ORDER SETTING TRIAL
DATE & DOCUMENTING EXCL. OF TIME [CR 04-0011 VRW]

1  currently set trial date and pretrial conference dates and re-set the trial date in this matter for July
2  31, 2006, with a pretrial conference date of June 27, 2006 at 10:30 a.m.

3  2.  The United States has produced voluminous discovery to the defendant in this
4  matter. The defendant believes that it is in his best interest for his attorney to continue to review
5  this discovery in order to effectively prepare his defense for trial. Continuing the trial date from
6  May 8, 2006 to July 31, 2006 will give the defendant an opportunity to accomplish this objective.
7  In addition, counsel for the government was occupied in a trial from January 31, 2006 to March
8  15, 2006, rendering him unavailable for trial in the instant case during that period of time.
9  Further, counsel for the defendant is unavailable for trial in late May 2006 and June 2006, and
10 counsel for the government is currently set to proceed to trial in United States v. Vega, CR 04-
11 0101 CRB on June 5, 2006, which trial is expected to last two weeks. In preparation for that
12 trial, it is likely that government counsel will be out of the country to take Rule 15 depositions
13 for at least one week.

14  3.  For all of these reasons, the parties stipulate and agree that it is appropriate to
15 exclude time under the Speedy Trial Act from the date of the parties' last appearance (January
16 24, 2006) to the date of the pretrial conference (June 27, 2006). At that time, counsel may seek
17 an additional exclusion of time between June 27, 2006 and the trial date of July 31, 2006.

18  4.  Based on the above, the Court finds that, taking into the account the public
19 interest in the prompt disposition of criminal cases, continuing the case is necessary for effective
20 preparation of defense counsel and for continuity of government counsel. See 18 U.S.C.
21 § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served
22 by excluding the period from January 24, 2006 to June 27, 2006 outweigh the best interest of the
23 public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

24  5.  Accordingly, the Court (1) sets the trial of the defendant Glaze for July 31, 2006
25 at 8:30 a.m.; (2) sets a pretrial conference for the defendant Glaze for June 27, 2006 at 10:30
26 a.m.; (3) vacates the previously set trial date of May 8, 2006 and the previously set pretrial
27 conference date of April 11, 2006; and (4) documents the exclusion of time under the Speedy
28 ///

1  Trial Act, 18 U.S.C. § 3161, from January 24, 2006 to June 27, 2006.

2  SO STIPULATED.

3  DATED: 21 Apr 06

    KEVIN V. RYAN
    United States Attorney

    /s/ Kyle F. Waldinger
    KYLE F. WALDINGER
    Assistant United States Attorney

9  DATED:

    /s/ Steven Rosen
    STEVEN ROSEN
    Attorney for Defendant Geoffrey Michael Glaze

12  IT IS SO ORDERED.

    /s/ Vaughn R. Walker
    VAUGHN R. WALKER
    United States District Judge

STIPULATION & [PROPOSED] ORDER SETTING TRIAL
DATE & DOCUMENTING EXCL. OF TIME [CR 04-0011 VRW]

-3-