1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6830
7    Facsimile: (415) 436-7234

8  Attorneys for the Plaintiff

**FILED**

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEOFFREY MICHAEL GLAZE,<br><br>　　　　Defendant. | No. CR 04-0011 VRW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER DOCUMENTING<br>EXCLUSION OF TIME |

With the agreement of the parties, the Court enters this order (1) setting an appearance for August 1, 2006 at 10:30 a.m. for the scheduling of a new trial date and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 27, 2006 to August 1, 2006. The Court finds and holds as follows:

1.   The Court previously set a trial date in this matter of July 31, 2006 and a pretrial conference date of June 27, 2006. On June 20, 2006, the defendant filed a motion to vacate the pretrial conference date and trial date due to a tragedy in defense counsel's family. The Court granted the motion the same day and requested that the parties confer with respect to a date on which the parties would appear before the Court to set a new

1  trial date. After conferring with each other and with the Court's courtroom deputy clerk,
2  the parties now request that this matter be placed on the Court's calendar on August 1,
3  2006 at 10:30 a.m. for the setting of a new trial date. Defense counsel also requests that
4  he be allowed to appear telephonically, and that the defendant's presence be excused at
5  the August 1, 2006 hearing.

6      2.    The United States has produced voluminous discovery to the defendant in
7  this matter. The defendant believes that it is in his best interest for his attorney to
8  continue to review this discovery in order to effectively prepare his defense for trial,
9  especially in light of defense counsel's recent personal circumstances. Vacating the
10 pretrial conference date of June 27, 2006 and the trial date of July 31, 2006 will give the
11 defendant an opportunity to accomplish this objective. In addition, counsel for the
12 government anticipates being out of the country taking Rule 15 depositions in another
13 matter from approximately July 17, 2006 to July 30, 2006, rendering him unavailable for
14 trial in the instant case during that period of time. Further, counsel for the defendant is
15 now unavailable for trial in July 2006 and August 2006.

16     3.    For all of these reasons, the parties stipulate and agree that it is appropriate
17 to exclude time under the Speedy Trial Act from the date of the previously scheduled
18 pretrial conference (June 27, 2006) to the new date for trial setting (August 1, 2006).

19     4.    Based on the above, the Court finds that, taking into the account the public
20 interest in the prompt disposition of criminal cases, continuing the case is necessary for
21 effective preparation of defense counsel and for continuity of government and defense
22 counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds
23 that the ends of justice served by excluding the period from June 27, 2006 to August 1,
24 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id.
25 § 3161(h)(8)(A).

26     5.    Accordingly, the Court (1) sets a hearing for August 1, 2006 at 10:30 a.m.
27 for the scheduling of a new trial date and (2) documents the exclusion of time under the
28 Speedy Trial Act, 18 U.S.C. § 3161, from June 27, 2006 to August 1, 2006. The

1 | defendant's presence is excused at the August 1, 2006 hearing, and defense counsel's
2 | request to appear telephonically at that hearing is granted.
3 |
4 | SO STIPULATED.
5 | DATED: 6/28/2006            KEVIN V. RYAN
6 |                              United States Attorney
7 |
8 |                              /s/ Kyle F. Waldinger
                                 KYLE F. WALDINGER
9 |                              Assistant United States Attorney
10 | SO STIPULATED.
11 | DATED: 6/28/2006
12 |                              STEVEN ROSEN
                                 Attorney for Defendant Geoffrey Michael Glaze
13 |
14 |
15 | IT IS SO ORDERED.
16 |
17 |                              VAUGHN R. WALKER
                                 United States District Judge
18 |
...
28 |

STIPULATION & [PROPOSED] ORDER
DOCUMENTING EXCL. OF TIME [CR 04-0011 VRW]                              -3-