IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No  C  04-0011  VRW |
| Plaintiff, | ORDER |
| v | |
| GEOFFREY MICHAEL GLAZE, | |
| Defendant. | |
| _____/ | |

By letter dated October 10, 2006, defendant seeks to postpone his pre-trial conference, currently scheduled for November 7, 2006, and his trial, currently scheduled for November 27, 2006. Doc #88.  Construing the letter as a motion to continue the trial, it is DENIED.

Defendant's counsel participated by telephone during the trial setting hearing on August 9, 2006.  Counsel should not have subsequently scheduled a conflicting court proceeding.  This trial has already been postponed twice - from the original trial date of May 8, 2006, to July 31, 2006, and then again to November 27, 2006. The court finds no reason to postpone this trial further.

According to his letter, defense counsel operated under the mistaken belief that the court desired to postpone this trial. This belief was formed based on a telephone conversation with opposing counsel approximately one month ago. Counsel should have, but did not, contact the courtroom deputy, Cora Delfin, at 415-522-2039 before scheduling any conflicting matters.

The pre-trial conference remains scheduled for November 7, 2006, at 10:30 am in Courtroom 6. The court will conduct jury selection on November 16, 2006, at 9:00 am in Courtroom 6. Trial will begin on November 27, 2006, at 8:30 am in Courtroom 6.

IT IS SO ORDERED.

_____

VAUGHN R WALKER

United States District Chief Judge